UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>              Plaintiff,<br><br>      v.<br><br>TRAVEL INN ASSOCIATES, LP, a California Limited Partnership,<br><br>              Defendants. | Case No.: 4:21-cv-00957-KAW<br><br>[~~PROPOSED~~] ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES<br><br>Trial Date:  TBD<br>Final Pretrial Conference:  TBD |

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-15458, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, *Garcia v. Gateway Hotel L.P.*, No 21-55227, and *Garcia v. E.L. Heritage Inn of Sacramento, LLC*, No. 21-15674 (collectively, "Appeals").

2. The Parties shall submit a joint status report within fourteen (14) days after the opinion in the last of the four cases cited herein is issued, which informs the Court how the parties intend to proceed with this case in light of the rulings in the Appeals.

DATED: May 21, 2021

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge