CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Ashley Nicole Arnett
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
E-mail: aarnett@seyfarth.com

Attorney for Defendant
Travel Inn Associates, LP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>        Plaintiff,<br><br>   v.<br><br>**Travel Inn Associates, LP;** and Does 1-10,<br><br>        Defendants | Case No.: 4:21-cv-00957-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

<u>**STIPULATION**</u>

1
2   Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
3   parties hereto that this entire action may be dismissed with prejudice as to all parties;
4   each party to bear his/her/its own attorneys' fees and costs.
5
6
7   Dated: 12/28/2022                    CENTER FOR DISABILITY ACCESS
8
9                                         By: /s/ *Isabel Rose Masanque*
                                          Isabel Rose Masanque
10
11                                        Attorneys for Plaintiff
12
13  Dated: 12/28/2022                    SEYFARTH SHAW LLP
14
15                                        By: /s/ Ashley Nicole Arnett
                                          Ashley Nicole Arnett
16
17                                        Attorney for Defendant
                                          Travel Inn Associates, LP
18
19
20
21
22
23
24
25
26
27

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley Nicole Arnett, counsel for Travel Inn Associates, LP, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                                    CENTER FOR DISABILITY ACCESS

                                                        By: /s/Isabel Rose Masanque
                                                        Isabel Rose Masanque

                                                        Attorneys for Plaintiff